1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik ( Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   Kathryn A. Schofield (Bar No. 202939)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone:  (925) 945-0200
5  Facsimile:  (925) 945-8792

6  Attorneys for Plaintiff
7  (Additional Counsel Listed on Signature Page)

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN JOSE DIVISION**

10 
   | JOEL MANDEL, Derivatively on Behalf of | ) No. C 06 4460 RMW-PVT |
11 | Nominal Defendant SIGMA DESIGNS, INC., | ) |
   |                     Plaintiff, | ) |
12 |          v. | ) STIPULATION AND [] |
13 | THINH Q. TRAN, SILVIO PERICH, Q. BINH | ) ORDER  SETTING SCHEDULE FOR |
   | TRIHN, JACQUES MARTINELLA, PREM | ) FILING OF AMENDED COMPLAINT |
14 | TALREJA, WILLIAM K. WONG, KIT TSUI, | ) |
   | KENNETH A LOWE, JULIEN NGUYEN, | ) |
15 | WILLIAM J. ALMON, and LUNG C. TSAI, | ) |
16 |                     Defendants, | ) |
   |          and | ) |
17 | SIGMA DESIGNS, INC., | ) |
   |                     Nominal Defendant. | ) |
18 |  | ) |

19 

20 
21      WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed to
22 a schedule for filing an Amended Complaint and for briefing any motion directed at the Amended
23 Complaint; and
24      WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
25 efficiency, and will not cause prejudice to any party.
26 
27 
28 

STIPULATION SETTING SCHEDULE FOR FILING AMENDED COMPLAINT

1

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, as follows:

1. Plaintiff shall no later than October 27, 2006 file and serve an Amended Complaint which will supersede all existing complaints filed in this action.  Defendants need not respond to the pre-existing complaint.

2. Defendants shall answer or otherwise respond to the Amended Complaint no later than December 11, 2006.

3. In the event that Defendants file and serve any motion directed at the Amended Complaint, Plaintiff shall file and serve his opposition no later than January 25, 2007.

4. If Defendants file and serve a reply to Plaintiff's opposition, they will do so no later than February 9, 2007.

IT IS SO STIPULATED.

I, L. Timothy Fisher, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Setting Schedule for Filing of Amended Compliant, hereby attest that Randolph Gaw has concurred in this filing.

DATED: September  27, 2006            BRAMSON, PLUTZIK, MAHLER &
                                      BIRKHAEUSER, LLP


                                      By:_____/s/_____
                                            Alan R. Plutzik (Bar No. 077785)
                                            L. Timothy Fisher (Bar No. 191626)
                                            Kathryn A. Schofield (Bar No. 202939)
                                            2125 Oak Grove Road, Suite 120
                                            Walnut Creek, CA 94598
                                            Telephone:  (925) 945-0200
                                            Facsimile:  (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Eric Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610-667-7706

*Counsel for Plaintiff*

DATED:  September 27, 2006        WILSON SONSINI GOODRICH & ROSATI

By:_____/s/_____
     Peri Nielsen
     Randolph Gaw
     650 Page Mill Road
     Palo Alto, CA 94304
     Telephone:  (650) 849-3480
     Facsimile:  (650) 493-6811

*Counsel for Defendans.*

\*       \*       \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/17/06_____        _/S/ RONALD M. WHYTE_____

---
STIPULATION SETTING SCHEDULE FOR FILING AMENDED COMPLAINT
3