1   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik (Bar No. 077785)
2   L. Timothy Fisher (Bar No. 191626)
    Kathryn A. Schofield (Bar No. 202939)
3   2125 Oak Grove Road, Suite 120
    Walnut Creek, California  94598
4   Telephone: (925) 945-0200
    Facsimile:  (925) 945-8792
5
    SCHIFFRIN & BARROWAY LLP
6   Eric L. Zagar
    Sandra G. Smith
7   280 King of Prussia Road
    Radnor, PA  19087
8   Telephone:  (610) 667-7706
    Facsimile:  (610) 667-7706
9
    Attorneys for Plaintiff
10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA
                                                        *E-FILED - 10/18/06*
13                          SAN JOSE DIVISION

14  JOEL MANDEL, Derivatively on Behalf of      Case No. C06-04460 RMW (PVT)
    Nominal Defendant SIGMA DESIGNS, INC.,
15                                              **STIPULATION AND [PROPOSED]**
                              Plaintiff,        **ORDER CONSOLIDATING CASES**
16                                              **FOR ALL PURPOSES, AND**
                                                **SETTING SCHEDULE FOR FILING**
17          v.                                  **OF CONSOLIDATED COMPLAINT**

18  THINH Q. TRAN, SILVIO PERICH, Q. BINH
    TRINH, JACQUES MARTINELLA, PREM
19  TALREJA, WILLIAM K. WONG, KIT TSUI,
    KENNETH A. LOWE, JULIEN NGUYEN,
20  WILLIAM J. ALMON and LUNG C. TSAI,

21                            Defendants,

22          and

23  SIGMA DESIGNS, INC.

24                            Nominal Defendant.

25

26

27

28
    STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
    SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
    CASE NO. C06-04460 RMW (PVT)
    48886

| | |
|---|---|
| ROBERT CARLSON, Derivatively on Behalf of Nominal Defendant SIGMA DESIGNS, ICN., | Case No. C06-06251 RMW (HRL) |
| Plaintiff, | |
| v. | |
| THINH Q. TRAN, SILVIO PERICH, Q. BINH TRINH, JACQUES MARTINELLA, PREM TALREJA, WILLIAM K. WONG, KIT TSUI, KENNETH A. LOWE, JULIEN NGUYEN, WILLIAM J. ALMON and LUNG C. TSAI, | |
| Defendants, | |
| and | |
| SIGMA DESIGNS, INC. | |
| Nominal Defendant. | |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

## STIPULATION

WHEREAS, there are two related shareholder derivative actions on behalf of Nominal

Defendant Sigma Designs, Inc. ("Sigma") pending in this district:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Mandel v. Tran, et al.* | C06-4460 | July 20, 2006 |
| *Carlson v. Tran, et al.* | C06-06251 | October 4, 2006 |

WHEREAS, the two related shareholder derivative actions arise out of the same

transactions and occurrences, involve the same or substantially similar issues of law and fact, and,

therefore, should be consolidated for all purposes;

WHEREAS, Defendants agree to consolidation of the above-captioned actions;

WHEREAS, counsel for Plaintiffs and Defendants have met and conferred and have agreed

to a schedule for filing a Consolidated Complaint and for briefing any motion directed at the

Consolidated Complaint; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through

their respective counsel of record, as follows:

### I. SERVICE OF PROCESS AND CONSOLIDATION OF ACTIONS

1.      Defendants' counsel shall appear for and accept service on behalf of all Defendants

not already served, without waiving any jurisdictional rights.

2.      The following actions are hereby consolidated for all purposes, including pretrial

proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Mandel v. Tran, et al.* | C06-4460 | July 20, 2006 |
| *Carlson v. Tran, et al.* | C06-06251 | October 4, 2006 |

3.      The caption of these consolidated actions shall be "*In re Sigma Designs, Inc.*

*Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file

under Master File No. C06-4460. Any other actions now pending or later filed in this Court which

1    arise out of or are related to the same facts as alleged in the above-identified cases shall be

2    consolidated for all purposes, if and when they are brought to the Court's attention.

3         4.    Every pleading filed in the consolidated actions, or in any separate action included

4    herein, shall bear the following caption:

5
                          **UNITED STATES DISTRICT COURT**
6                        **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**
7
     In re SIGMA DESIGNS, INC.            )      Master File No. C06-4460
8    DERIVATIVE LITIGATION               )
                                          )
9    _____      )
     This Document Relates To:           )
10   _____      )

11        5.    When a pleading is intended to be applicable to all actions governed by this Order,

12   the words "All Actions" shall appear immediately after the words "This Document Relates To:" in

13   the caption set out above.  When a pleading is intended to be applicable to only some, but not all,

14   of the consolidated actions, this Court's docket number for each individual action to which the

15   pleading is intended to be applicable and the abbreviated case name of said action shall appear

16   immediately after the words "This Document Relates To:" in the caption described above (e.g.,

17   "No.C06-4460").

18        6.    A Master Docket and a Master File hereby are established for the above

19   consolidated proceedings and for all other related cases filed in or transferred to this Court.

20   Separate dockets shall continue to be maintained for each of the individual actions hereby

21   consolidated, and entries shall be made in the docket of each individual case in accordance with the

22   regular procedures of the Clerk of this Court, except as modified by this Order.

23        7.    When a pleading is filed and the caption shows that it is applicable to "All Actions,"

24   the Clerk shall file such pleading in the Master File and note such filing on the Master Docket.  No

25   further copies need be filed, and no other docket entries need be made.

26        8.    When a pleading is filed and the caption shows that it is to be applicable to fewer

27   than all of the consolidation actions, the Clerk will file such pleading in the Master File only but

28   shall docket such filing on the Master Docket and the docket of each applicable action.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND          3
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

9.     When a case which properly belongs as part of *In re Sigma Designs, Inc. Derivative Litigation* is filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

(a)     Place a copy of this Order in the separate file for such action;

(b)     Mail to the attorneys for the Plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

(c)     Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which properly might be consolidated as of the filing of this Stipulation.

## II.  SCHEDULE

10.     Plaintiffs shall no later than 60 days from the entry of this Order file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints.

11.     Defendants shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service.

12.     In the event that Defendants file and serve any motion directed at the Consolidated Complaint, Plaintiffs shall file and serve their opposition within 45 days after the service of the motion.

13.     If Defendants file and serve a reply to Plaintiffs' opposition, it will do so within 20 days after service of the opposition.

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

4

1        IT IS SO STIPULATED.

2    Dated:  October 5, 2006         BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

3

4                                      /s/ Alan R. Plutzik
                                         Alan R. Plutzik

5                           Alan R. Plutzik (Bar No. 077785)

6                           L. Timothy Fisher (Bar No. 191626)
                          Kathryn A. Schofield (Bar No. 202939)

7                           2125 Oak Grove Road, Suite 120
                          Walnut Creek, California  94598

8                           Telephone:  (925) 945-0200
                          Facsimile:  (925) 945-87923

9                           SCHIFFRIN & BARROWAY LLP

10                          Eric L. Zagar
                         Sandra G. Smith

11                         280 King of Prussia Road
                        Radnor, PA  190878

12                         Telephone:  (610) 667-7706
                        Facsimile:  (610) 667-7056

13                         *Counsel for Plaintiff*

14

15    Dated:  October 5, 2006         WILSON SONSINI GOODRICH & ROSATI

16                         By_____ /s/ Peri Nielsen_____
                                      Peri Nielsen

17

18                         Peri Nielsen
                        Randolph Gaw

19                         650 Page Mill Road
                        Palo Alto, CA 94304-1050

20                         Telephone: (650) 493-9300
                        Facsimile: (650) 565-5100

21                         *Counsel for Defendants*

22                            *      *      *

23                    Certification Pursuant to General Order 45

24        I, Alan R. Plutzik, am the ECF User whose identification and password are being used to

25   file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest

26   that Nicole Healy has concurred in this filing.

27    Dated:  October 5, 2006                          /s/ Alan R. Plutzik
                                           Alan R. Plutzik

28

1

## <u>ORDER</u>

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

Dated:   10/18/06

5

6

/s/ Ronald M. Whyte

UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, AND
SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT
CASE NO. C06-04460 RMW (PVT)
48886

6