BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7706

***E-FILED 11/17/06***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re SIGMA DESIGNS, INC. DERIVATIVE LITIGATION | Case No. C06-04460 RMW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLAINTIFFS, LEAD COUNSEL AND LIAISON COUNSEL** |

1    WHEREAS, on October 18, 2006, this Court ordered the consolidation under the above caption of two related shareholder derivative actions and set a schedule for filing a consolidated complaint;

WHEREAS, the parties have met and conferred, and agree that in order to facilitate efficiency in the prosecution of this consolidated action, it is appropriate to appoint Lead Plaintiffs, Lead Counsel and Liaison Counsel.

IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. Plaintiffs Joel Mandel and Robert Carlson shall be appointed Lead Plaintiffs.

2. The law firm Schiffrin & Barroway, LLP shall be appointed Lead Counsel for Plaintiffs in the consolidated action.

3. Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by Plaintiffs except through Lead Counsel.

5. Lead Counsel shall also be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

6. The law firm of Bramson, Plutzik, Mahler & Birkhaeuser, LLP shall be appointed as Liaison Counsel and is authorized to receive orders, notices, correspondence, and telephone calls from the Court on behalf of all Plaintiffs and shall be responsible for the preparation and transmission of copies of such orders, notices, correspondence, and memoranda of such telephone calls to Plaintiffs' counsel.

STIPULATION AND [XXPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLIANTIFFS, LEAD COUNSEL AND LIAISON COUNSEL
CASE NO. C06-04460 RMW
49194

1

7. Defendants' counsel may rely upon all agreements made with Lead Counsel and Liaison Counsel or other duly authorized representatives of Plaintiffs and such agreements shall be binding on Plaintiffs.

I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file this Stipulation in compliance with General Order 45XB, hereby attest that the signatories have concurred in this filing.

Dated: November 2, 2006    BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

_____
Kathryn A. Schofield

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-87923

*[Proposed] Liaison Counsel for Plaintiffs*

Dated: November 2, 2006    SCHIFFRIN & BARROWAY LLP

/s/
_____
Sandra G. Smith

Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 190878
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*[Proposed] Lead Counsel for Plaintiffs*

Dated: November 2, 2006    WILSON SONSINI GOODRICH & ROSATI

/s/
_____
Peri Nielsen

Peri Nielsen

650 Page Mill Road
Palo Alto CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Counsel for Defendants*

\* \* \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   11/17/06

/s/ Ronald M. Whyte
_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING APPOINTMENT OF LEAD PLIANTIFFS, LEAD COUNSEL AND LIAISON COUNSEL
CASE NO. C06-04460 RMW
49194

3