BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
RANDOLPH GAW, State Bar No. 223718
AILEEN OCON, State Bar No. 240417
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, Lung C. Tsai and Nominal
Defendant Sigma Designs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 2/22/07*

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, | CASE NO.: C-06-04460 RMW |
| | **JOINT STIPULATION AND [] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS | |

3056600_1.DOC

STIPULATION AND [ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-06-04460 RMW

1  WHEREAS, Lead Plaintiff filed a Consolidated Shareholder Derivative Complaint on
2  December 15, 2006; and
3  WHEREAS, Defendants' Motions to Dismiss the Consolidated Shareholder Derivative
4  Complaint were filed on January 29, 2007; and
5  WHEREAS, the hearing for Defendants' Motions to Dimiss is scheduled for May 4,
6  2007, at 9:00 a.m.; and
7  WHEREAS, there is an Initial Case Management Conference currently scheduled in this
8  matter for February 23, 2007 at 10:30 a.m.; and
9  WHEREAS, the parties believe that it would benefit the Court's and the parties'
10 resources to have the Initial Case Management Conference in this case occur after the hearing for
11 the Motions to Dismiss;
12 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
13 subject to the approval of the Court, that the Initial Case Management Conference scheduled in
14 this matter be continued until May 4, 2007 at 10:30 a.m., or such other date that the Court deems
15 appropriate.

Dated:  February 16, 2007         WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation


                                    */s/ Randolph Gaw*
                                      Randolph Gaw

                                  Attorneys for Defendants Thinh Q. Tran,
                                  Silvio Perich, Q. Binh Trinh, Jacques
                                  Martinella, Prem Talreja, William K.
                                  Wong, Kit Tsui, Kenneth A. Lowe, Julien
                                  Nguyen, William J. Almon, Lung C. Tsai and
                                  Nominal Defendant Sigma Designs, Inc.

| | | |
|---|---|---|
| 1 | Dated: February 16, 2007 | SCHIFFRIN & BARROWAY LLP |
| 2 | | |
| 3 | | _/s/ Eric L. Zagar_ |
| 4 | | Eric L. Zagar |
| 5 | | Attorneys for Lead Plaintiff Robert Carlson |

**IT IS SO ORDERED.**

Dated: February 22 2007

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court Judge

-3-  3056600_1.DOC
STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-06-04460 RMW

**ECF CERTIFICATION**

I, Randolph Gaw, am the ECF User whose identification and password are being used to file this Joint Stipulation and [Proposed] Order to Continue the Initial Case Management Conference. In compliance with General Order 45.X.B, I hereby attest that Eric L. Zagar has concurred in this filing.

Dated:  February 16, 2007                         WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


                                                  By:  /s/ Randolph Gaw
                                                       Randolph Gaw