BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
Robert M. Bramson (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Eric Lechtzin
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 3/22/07*

| | | |
|---|---|---|
| In re SIGMA DESIGNS, INC. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C06-4460 **STIPULATION AND [] ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS** |
| This Document Relates To: ALL MATTERS | | |

WHEREAS, on October 18, 2006, the Clerk of the Court entered the Court's Order Appointing Lead Plaintiffs, Lead Counsel and Liaison Counsel (the "October 18, 2006 Order");

WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve a

- 1 -

consolidated amended complaint (the "Consolidated Complaint") on or before December 15, 2006;

WHEREAS, the Lead Plaintiffs filed and served the Consolidated Complaint on December 15, 2006;

WHEREAS, the October 18, 2006 Order ordered Defendants to file and serve a response to the Consolidated Complaint on or before January 29, 2007;

WHEREAS, Defendants' filed their Motions to Dismiss the Consolidated Complaint on January 29, 2007;

WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve an opposition to Defendants' Motions to Dismiss on or before March 15, 2007;

WHEREAS, the parties have agreed to extend the time for Lead Plaintiffs to file and serve an opposition to Defendants' Motions to Dismiss by sixty (60) days so that the parties may discuss a possible negotiated resolution of the case; and

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

Lead Plaintiffs shall file and serve an opposition to Defendants' Motions to Dismiss on or before May 14, 2007; and

If Defendants file and serve a reply to Lead Plaintiffs' opposition to Defendants' Motions to Dismiss, they will do so on or before June 4, 2007; and

The hearing on Defendants' motions to dismiss, currently scheduled for May 4, 2007 at 9:00 a.m., is hereby rescheduled for June 15, 2007 at 9:00 a.m. or such other date as the Court deems appropriate.

//

//

STIPULATION AND [] ORDER TO EXTEND SCHEDULE
FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS          Master File No. C06-4460

1     IT IS SO STIPULATED.

2     DATED:  March 14, 2007                    BRAMSON, PLUTZIK, MAHLER &
3                                                                 BIRKHAEUSER, LLP

4
5                                                               _/s/ Alan R. Plutzik_
        Alan R. Plutzik (Bar No. 077785)
6        Robert M. Bramson (Bar No. 102006)
        L. Timothy Fisher (Bar No. 191626)
7        2125 Oak Grove Road, Suite 120
        Walnut Creek, CA 94598
8        Telephone:  (925) 945-0200
9        Facsimile:  (925) 945-8792

10                                                            SCHIFFRIN BARROWAY TOPAZ &
                                                                KESSLER, LLP
11                                                            Eric L. Zagar
12                                                            Eric Lechtzin
        James A. Maro
13                                                            280 King of Prussia Road
        Radnor, PA  19087
14                                                            Telephone: (610) 667-7706
15                                                            Facsimile: (610) 667-7056

16                                                            *Attorneys for Lead Plaintiffs*

17
18    DATED:  March 14, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                                                Professional Corporation
19
20                                                            _/s/ Randolph Gaw_
21                                                            Boris Feldman (Bar No. 128838)
        Peri Nielsen (Bar No. 196781)
22                                                            Randolph Gaw (Bar No. 223718)
        Aileen Ocon (Bar No. 240417)
23                                                            650 Page Mill Road
        Palo Alto, CA 94304-1050
24                                                            Telephone: (650) 493-9300
25                                                            Facsimile: (650) 565-5100

26                                                            *Attorneys for Defendants*

27                                                                *        *        *

28
STIPULATION AND [] ORDER TO EXTEND SCHEDULE
FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS              Master File No. C06-4460

1

**ORDER**

2

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6   DATED:  3/22/07                          *Ronald M. Whyte*

7                                            The Honorable Ronald M. Whyte
                                             United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER TO EXTEND SCHEDULE
FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS          Master File No. C06-4460

1         I, Randolph Gaw, am the ECF User whose identification and password are being used to

2    file the Stipulation and [Proposed] Order to Extend Schedule for Responding to Defendants'

3    Motions to Dismiss.  In compliance with General Order 45.X.B, I hereby attest that Adam R.

4    Plutznik has concurred in this filing.

5

6    Dated:  March 14, 2007          WILSON SONSINI GOODRICH & ROSATI

7                                   Professional Corporation

8

9                                          /s/ *Randolph Gaw*

                                      Randolph Gaw

10                               *Attorneys for Defendants*

- 5 -