BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
Robert M. Bramson (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone:  (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel* for *Plaintiffs*

**UNITED STATES DISTRICT COURT**    *E-FILED - 5/3/07*

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION <br><br> This Document Relates To: <br><br> ALL MATTERS | Master File No. C06-4460 RMW <br><br> **STIPULATION AND [] ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS** |

WHEREAS, on October 18, 2006, the Clerk of the Court entered the Court's Order Appointing Lead Plaintiffs, Lead Counsel and Liaison Counsel (the "October 18, 2006 Order"); and

WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve a consolidated amended complaint (the "Consolidated Complaint") on or before December 15, 2006; and

WHEREAS, the Lead Plaintiffs filed and served the Consolidated Complaint on December 15, 2006; and

WHEREAS, the October 18, 2006 Order ordered Defendants to file and serve a response to the Consolidated Complaint on or before January 29, 2007; and

WHEREAS, Defendants' filed their Motions to Dismiss the Consolidated Complaint on January 29, 2007; and

WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve an opposition to Defendants' Motions to Dismiss on or before March 15, 2007; and

WHEREAS, on March 22, 2007, the Clerk of the Court entered the Court's Order extending the schedule for Lead Plaintiff to respond to Defendants' Motion to Dismiss until May 14, 2007; and

WHEREAS, there is an Initial Case Management Conference currently scheduled in the matter for May 4, 2007 at 10:30 a.m.; and

WHEREAS, there is a hearing on Defendants' Motion to Dismiss currently scheduled in the matter for June 15, 2007 at 9:00 a.m.; and

WHEREAS, the parties have agreed to extend the time for Lead Plaintiffs to file and serve a response to Defendants' Motions to Dismiss by sixty (60) days so that the parties may continue to discuss a possible negotiated resolution of the case; and

WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and Defendants, through their respective counsel of record, as follows:

Lead Plaintiffs shall file and serve an opposition to Defendants' Motions to Dismiss on or before July 13, 2007.

If Defendants file and serve a reply to Lead Plaintiffs' opposition to Defendants' Motions to Dismiss, they will do so within 20 days after service of the opposition.

Subject to the approval of the Court, the Initial Case Management Conference scheduled in this matter be continued until August 17, 2007 at 10:30 a.m., or such other date that the Court deems appropriate.

Subject to the approval of the Court, the hearing on Defendants' Motion to Dismiss scheduled in this matter be continued until August 17, 2007 at 9:00 a.m., or such other date that the Court deems appropriate.

IT IS SO STIPULATED.

DATED: May 1, 2007                              BRAMSON, PLUTZIK, MAHLER &
                                                                BIRKHAEUSER, LLP

                                                                                     /s/ L. Timothy Fisher
Alan R. Plutzik (Bar No. 077785)
Robert M. Bramson (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ &
    KESSLER, LLP
Eric L. Zagar
Robin Winchester
James A. Maro
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Lead Plaintiffs*

DATED: May 1, 2007                              WILSON SONSINI GOODRICH & ROSATI

                                                                                     /s/ L. Timothy Fisher
Boris Feldman (Bar No. 128838)
Peri Nielsen (Bar No. 196781)
Randolph Gaw (Bar No. 223718)
Aileen Ocon (Bar No. 240417)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

\* \* \*

**<u>Attestation Pursuant To General Order 45</u>**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 1st day of May, 2007 at Walnut Creek, California.

/s/      L. Timothy Fisher

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 5/3/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge