1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0200
4  Facsimile: (925) 945-8792

5  SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
   Eric L. Zagar
6  Robin Winchester
   James A. Maro
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9                                              *E-FILED - 7/24/07*

10 Lead Counsel for Plaintiffs

11            UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13 IN RE SIGMA DESIGNS, INC.          )   Master File No. C06-4460 - RMW
   DERIVATIVE LITIGATION              )
14                                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER TO EXTEND SCHEDULE
15                                     )   FOR RESPONDING TO
                                       )   DEFENDANTS' MOTIONS TO
16                                     )   DISMISS
   _____)
17 This Document Relates To:          )
                                       )
18 ALL MATTERS                        )
                                       )
19 _____)

20       WHEREAS, on October 18, 2006, the Clerk of the Court entered the Court's Order

21 Appointing Lead Plaintiffs, Lead Counsel and Liaison Counsel (the "October 18, 2006 Order"); and

22       WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve a

23 consolidated amended complaint (the "Consolidated Complaint") on or before December 15, 2006;

24 and

25       WHEREAS, the Lead Plaintiffs filed and served the Consolidated Complaint on December

26 15, 2006; and

27

28 STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS'
   MOTIONS TO DISMISS
   CASE NO. C06-4460

                                  1

1    WHEREAS, the October 18, 2006 Order ordered Defendants to file and serve a response to

2  the Consolidated Complaint on or before January 29, 2007; and

3    WHEREAS, Defendants' filed their Motions to Dismiss the Consolidated Complaint on

4  January 29, 2007; and

5    WHEREAS, the October 18, 2006 Order ordered Lead Plaintiffs to file and serve an

6  opposition to Defendants' Motions to Dismiss on or before March 15, 2007; and

7    WHEREAS, on March 22, 2007, the Clerk of the Court entered the Court's Order extending

8  the schedule for Lead Plaintiff to respond to Defendants' Motion to Dismiss until May 14, 2007; and

9    WHEREAS, there was an Initial Case Management Conference scheduled in the matter for

10  May 4, 2007 at 10:30 a.m.; and

11    WHEREAS, on May 3, 2007, the Clerk of the Court entered the Court's Order extending the

12  schedule for Lead Plaintiff to respond to Defendants' Motion to Dismiss until July 13, 2007 and

13  continued the Initial Case Management Conference until August 17, 2007; and

14    WHEREAS, the parties have agreed to extend the time for Lead Plaintiffs to file and serve a

15  response to Defendants' Motions to Dismiss by thirty (30) days so that the parties may continue to

16  discuss a possible negotiated resolution of the case; and

17    WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial

18  efficiency, and will not cause prejudice to any party.

19

20    NOW, THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiffs and

21  Defendants, through their respective counsel of record, as follows:

22    Lead Plaintiffs shall file and serve an opposition to Defendants' Motions to Dismiss on or

23  before August 13, 2007.

24    If Defendants file and serve a reply to Lead Plaintiffs' opposition to Defendants' Motions to

25  Dismiss, they will do so within 20 days after service of the opposition , but in no event later than
   September 3, 2007.

26    The parties shall appear for a hearing on the matter at 9:00 a.m. on Friday,
   September 21, 2007.     (rmw)

27

28  STIPULATION AND [RROROSERX ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS'
   MOTIONS TO DISMISS
   CASE NO. C06-4460

1

2      IT IS SO STIPULATED.

3    DATED:  July 12, 2007                    BRAMSON, PLUTZIK, MAHLER &
4                                              BIRKHAEUSER, LLP

5
                                              _____/s/_____
6                                                   L. Timothy Fisher

7                                             Alan R. Plutzik (Bar No. 077785)
                                              L. Timothy Fisher (Bar No. 191626)
8                                             2125 Oak Grove Road, Suite 120
                                              Walnut Creek, CA 94598
9                                             Telephone:  (925) 945-0200
                                              Facsimile:  (925) 945-8792

10                                            SCHIFFRIN BARROWAY TOPAZ &
11                                              KESSLER, LLP
                                              Eric L. Zagar
12                                            Robin Winchester
                                              James A. Maro
13                                            280 King of Prussia Road
                                              Radnor, PA  19087
14                                            Telephone: (610) 667-7706
                                              Facsimile: (610) 667-7056
15
                                              *Attorneys for Lead Plaintiffs*
16
      DATED:  July 12, 2007                    WILSON SONSINI GOODRICH & ROSATI
17

18
                                              _____/s/_____
19                                            Boris Feldman (Bar No. 128838)
                                              Peri Nielsen (Bar No. 196781)
20                                            650 Page Mill Road
                                              Palo Alto, CA 94304-1050
21                                            Telephone: (650) 493-9300
                                              Facsimile: (650) 565-5100
22
                                              Attorneys for Defendants
23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS'
MOTIONS TO DISMISS
CASE NO. C06-4460

3

1

**Attestation Pursuant To General Order 45**

2      I, L.Timothy Fisher, attest that concurrence in the filing of this document has been obtained

3  from the other signatory.  I declare under penalty of perjury under the laws of the United States that

4  the foregoing is true and correct.  Executed this 12th day of July, 2007 at Walnut Creek, California.

5

6                                                      /s/ L.Timothy Fisher

7

8                              *     *     *

9                              **ORDER**

10     PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12  DATED: _7/24/07_

13                                  The Honorable Ronald M. Whyte
United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND SCHEDULE FOR RESPONDING TO DEFENDANTS'
MOTIONS TO DISMISS
CASE NO. C06-4460

4