| | |
|---|---|
| 1 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | Alan R. Plutzik (Bar No. 077785) |
| | Robert M. Bramson (Bar No. 102006) |
| 3 | L. Timothy Fisher (Bar No. 191626) |
| | 2125 Oak Grove Road, Suite 120 |
| 4 | Walnut Creek, California 94598 |
| | Telephone: (925) 945-0200 |
| 5 | Facsimile: (925) 945-8792 |

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Lead Counsel for Plaintiff*

*E-FILED - 8/14/07*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

IN RE SIGMA DESIGNS, INC.
DERIVATIVE LITIGATION

Master File No. C06-4460-RMW

**AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE**

This Document Relates To:

ALL MATTERS

WHEREAS, in accordance with the Order entered by this Court on October 18, 2006, Defendants filed their Motions to Dismiss the Consolidated Complaint on January 29, 2007;

WHEREAS, the parties had requested that this Court extend Lead Plaintiff's obligation to respond to Defendants' Motions to Dismiss in order to allow the parties to discuss a possible resolution of this matter without further Court involvement;

1  WHEREAS, presently Lead Plaintiff's response to Defendants' Motions to Dismiss is due to
2  be filed on August 13, 2007;
3  WHEREAS, there is a Case Management Conference ("CMC") currently scheduled for
4  August 17, 2007;
5  WHEREAS, a hearing on Defendants' Motions to Dismiss currently is scheduled for
6  September 21, 2007 at 9:00 a.m.;
7  WHEREAS, counsel for Lead Plaintiff has informed counsel for Defendants that Lead
8  Plaintiff intends to file an Amended Consolidated Shareholder Derivative Complaint on or before
9  August 13, 2007;
10  WHEREAS, in light of the foregoing, the parties have agreed to modify the current briefing
11  schedule and to reschedule the CMC to be held immediately following a hearing on the Motions to
12  Dismiss;
13  WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial
14  efficiency, and will not cause prejudice to any party.
15  NOW, THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiff and
16  Defendants, through their respective counsel of record, as follows:
17  Lead Plaintiff shall file and serve an Amended Consolidated Shareholder Derivative
18  Complaint on or before August 13, 2007;
19  Defendants shall respond to the Amended Consolidated Shareholder Derivative Complaint
20  on or before September 19, 2007;
21  If Defendants file and serve a Motion to Dismiss the Amended Shareholder Derivative
22  Complaint, Lead Plaintiff shall file an opposition to the Defendants' Motion to Dismiss on or before
23  October 19, 2007;
24  If Defendants file and serve a reply to Lead Plaintiff's opposition to Defendants' Motion to
25  Dismiss, they will do so on or before November 5, 2007; and
26
27

AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE      2
Master File No. C06-4460

1  Subject to the approval of the Court, the hearing on Defendants' Motion to Dismiss shall be
2  continued until November 30 , 2007, or such other date that the Court deems appropriate; and
3  Subject to the approval of the Court, the CMC scheduled for August 17, 2007 shall be
4  continued until November 30, 2007, or such other date that the Court deems appropriate.
5  IT IS SO STIPULATED.

6  DATED: August 7, 2007                    BRAMSON, PLUTZIK, MAHLER &
                                             BIRKHAEUSER, LLP

                                             _____/s/_____
                                             Alan R. Plutzik (Bar No. 077785)
                                             Robert M. Bramson (Bar No. 102006)
                                             L. Timothy Fisher (Bar No. 191626)
                                             2125 Oak Grove Road, Suite 120
                                             Walnut Creek, CA 94598
                                             Telephone: (925) 945-0200
                                             Facsimile: (925) 945-8792

                                             SCHIFFRIN BARROWAY TOPAZ &
                                              KESSLER, LLP
                                             Eric L. Zagar
                                             Robin Winchester
                                             James A. Maro
                                             280 King of Prussia Road
                                             Radnor, PA  19087
                                             Telephone: (610) 667-7706
                                             Facsimile: (610) 667-7056

                                             *Attorneys for Lead Plaintiff*

   DATED: August 6, 2007                    WILSON SONSINI GOODRICH & ROSATI

                                             _____/s/_____
                                             Boris Feldman (Bar No. 128838)
                                             Peri Nielsen (Bar No. 196781)
                                             Reginald Thompson (Bar No. 237887)
                                             650 Page Mill Road
                                             Palo Alto, CA 94304-1050
                                             Telephone: (650) 493-9300
                                             Facsimile: (650) 565-5100

                                             Attorneys for Defendants

AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE    3
Master File No. C06-4460

Attestation Pursuant To General Order 45

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of August, 2007, at Walnut Creek, California.

                                         /s/     Alan R. Plutzik

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/14/07

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE — Master File No. C06-4460 — 4