1  BORIS FELDMAN, State Bar No. 128838
   PERI NIELSEN, State Bar No. 196781
2  REGINALD THOMPSON, State Bar No. 237887
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6  Email:  boris.feldman@wsgr.com
   Email:  pnielsen@wsgr.com
7  Email:  rthompson@wsgr.com
   Email:  flugo@wsgr.com
8

9  Attorneys for Defendants Thinh Q. Tran,
   Silvio Perich, Q. Binh Trinh, Jacques Martinella,
10 Prem Talreja, William K. Wong,
   Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
11 William J. Almon, and Lung C. Tsai
   and Nominal Defendant Sigma Designs, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION                *E-FILED - 11/29/07*

16

17 | IN RE SIGMA DESIGNS, INC. DERIVATIVE | ) | CASE NO.:  C 06-04460 RMW |
   | LITIGATION,                          | ) |                           |
18 |                                      | ) | **STIPULATION AND []**    |
   |                                      | ) | **ORDER CONTINUING HEARING** |
19 | This Document Relates To:            | ) | **DATE**                  |
   |                                      | ) |                           |
20 |         ALL ACTIONS.                 | ) | Date:   November 30, 2007 |
   |                                      | ) | Time:   9:00 a.m.         |
21 |                                      | ) | Before: Hon. Ronald M. Whyte |

22

23

24

25

26

27

28

STIPULATION AND [ ORDER                                    Sigma Stipulation.District.DOC
CONTINUING HEARING DATE
CASE NO. C06-04460 RMW

1  WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative
2  Complaint on August 13, 2007;

3  WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified
4  Shareholder Derivative Complaint on September 19, 2007;

5  WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on
6  October 19, 2007;

7  WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on
8  November 5, 2007;

9  WHEREAS, a hearing on defendants' motions to dismiss currently is scheduled for
10  November 30, 2007 at 9:00 a.m.;

11  WHEREAS, a Case Management Conference ("CMC") currently is scheduled for
12  November 30, 2007 at 10:30 a.m.;

13  WHEREAS, counsel for defendants also has a hearing scheduled in Virginia in another
14  matter on November 30, 2007;

15  WHEREAS, in light of the foregoing, the parties have agreed to modify the current hearing
16  date and to reschedule the CMC to be held immediately following a hearing on the motions to
17  dismiss;

18  WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause
19  prejudice to any party.

20  NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,
21  through their respective counsel of record, as follows:

22  Subject to the approval of the Court, the hearing on defendants' motions to dismiss shall be
23  continued until January 11, 2008, or such other date that the Court deems appropriate; and

24  Subject to the approval of the Court, the CMC scheduled for November 30, 2007 shall be
25  continued until January 11, 2008, or such other date that the Court deems appropriate.

26
27
28

STIPULATION AND [] ORDER
CONTINUING HEARING DATE CASE NO.
C06-04460 RMW
-1-
Sigma Stipulation.District.DOC

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: November 8, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 3 | | |
| 4 | | _____/s/ Alan R. Plutzik_____<br>Alan R. Plutzik (Bar No. 077785) |
| 5 | | Robert M. Bramson (Bar No. 102006)<br>L. Timothy Fisher (Bar No. 191626) |
| 6 | | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 |
| 7 | | Telephone:  (925) 945-0200<br>Facsimile:  (925) 945-8792 |
| 8 | | |
| 9 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>Eric L. Zagar |
| 10 | | Robin Winchester<br>James A. Maro |
| 11 | | 280 King of Prussia Road<br>Radnor, PA  19087 |
| 12 | | Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| 13 | | |
| 14 | | Attorneys for Plaintiff |
| 15 | DATED: November 8, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 16 | | |
| 17 | | _____/s/ Reginald Thompson_____<br>Boris Feldman (Bar No. 128838) |
| 18 | | Peri Nielsen (Bar No. 196781)<br>Reginald Thompson (Bar No. 237887) |
| 19 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 20 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 21 | | Attorneys for Defendants |

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  Executed this 8th day of November, 2007, at Palo Alto, CA.

By: _____/s/ Reginald Thompson_____
      Reginald Thompson

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __11/29/07_____    *Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte
United States District Court Judge