1  BORIS FELDMAN, State Bar No. 128838
   PERI NIELSEN, State Bar No. 196781
2  GWEN C. PARKER, State Bar No. 228780
   FREEDA Y. LUGO, State Bar No. 244913
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-1100
6  Email:  boris.feldman@wsgr.com
   Email:  pnielsen@wsgr.com
7  Email:  gparker@wsgr.com
   Email:  flugo@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, and Lung C. Tsai
and Nominal Defendant Sigma Designs, Inc.

*E-FILED - 1/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, | CASE NO.: C 06-04460 RMW |
| | **STIPULATION AND [] ORDER CONTINUING HEARING DATE** |
| This Document Relates To: | |
| ALL ACTIONS. | Date: January 11, 2008<br>Time: 9:00 a.m.<br>Before: Hon. Ronald M. Whyte |

1   WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative Complaint on August 13, 2007;

WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified Shareholder Derivative Complaint on September 19, 2007;

WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on October 19, 2007;

WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on November 5, 2007;

WHEREAS, per a Stipulation and Order Continuing Hearing Date dated November 29, 2007, a hearing on defendants' motions to dismiss currently is scheduled for January 11, 2008 at 9:00 a.m.;

WHEREAS, per the same Stipulation and Order, a Case Management Conference ("CMC") currently is scheduled for January 11, 2008 at 10:30 a.m.;

WHEREAS, the parties have agreed to continue the hearing on defendants' motions to dismiss and the CMC so that the parties may further discuss this matter; and

WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause prejudice to any party.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

Subject to the approval of the Court, the hearing on defendants' motions to dismiss scheduled for January 11, 2008 shall be continued until February 15, 2008, or such other date that the Court deems appropriate; and

Subject to the approval of the Court, the CMC scheduled for January 11, 2008 shall be continued until February 15, 2008, or such other date that the Court deems appropriate.

| | | |
|---|---|---|
| 1 | Dated: January 9, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By: /s/ *Gwen Parker* |
| 4 | | Boris Feldman (Bar No. 128838)<br>Peri Nielsen (Bar No. 196781) |
| 5 | | Gwen C. Parker (Bar No. 228780)<br>Freeda Y. Lugo (Bar No. 244913) |
| 6 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 7 | | Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| 8 | | Attorneys for Defendants |
| 9 | Dated: January 9, 2008 | BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER, LLP |

By: /s/ *Alan R. Plutzik*

Alan R. Plutzik (Bar No. 077785)
Robert M. Bramson (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ &
  KESSLER, LLP
Eric L. Zagar
Robin Winchester
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory. Executed this 9th day of January, 2008, at Palo Alto, CA.

By: /s/ *Gwen Parker*
Gwen Parker

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW

- 3 -

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: 1/10/08  _Ronald M. Whyte_ |
| 5 | The Honorable Ronald M. Whyte<br>United States District Court Judge |