BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
GWEN C. PARKER, State Bar No. 228780
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Email: pnielsen@wsgr.com
Email: gparker@wsgr.com
Email: flugo@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, and Lung C. Tsai
and Nominal Defendant Sigma Designs, Inc.

*E-FILED - 2/11/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS. | CASE NO.: C 06-04460 RMW <br><br> **STIPULATION AND [] ORDER CONTINUING HEARING DATE** <br><br> Date: February 15, 2008 <br> Time: 9:00 a.m. <br> Before: Hon. Ronald M. Whyte |

1     WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative Complaint on August 13, 2007;

    WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified Shareholder Derivative Complaint on September 19, 2007;

    WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on October 19, 2007;

    WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on November 5, 2007;

    WHEREAS, per a Stipulation and Order Continuing Hearing Date dated January 10, 2008, a hearing on defendants' motions to dismiss currently is scheduled for February 15, 2008 at 9:00 a.m.;

    WHEREAS, per the same Stipulation and Order, a Case Management Conference ("CMC") currently is scheduled for February 15, 2008 at 10:30 a.m.;

    WHEREAS, the parties have agreed to continue the hearing on defendants' motions to dismiss and the CMC so that the parties may further discuss this matter; and

    WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause prejudice to any party.

    NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

    Subject to the approval of the Court, the hearing on defendants' motions to dismiss scheduled for February 15, 2008 shall be continued until February 29, 2008, or such other date that the Court deems appropriate; and

    Subject to the approval of the Court, the CMC scheduled for February 15, 2008 shall be continued until February 29, 2008, or such other date that the Court deems appropriate.

| | | |
|---|---|---|
| 1 | Dated: February 11, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | By:   /s/ *Gwen Parker* |
| | | Boris Feldman (Bar No. 128838) |
| 4 | | Peri Nielsen (Bar No. 196781) |
| | | Gwen C. Parker (Bar No. 228780) |
| 5 | | Freeda Y. Lugo (Bar No. 244913) |
| | | 650 Page Mill Road |
| 6 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 7 | | Facsimile: (650) 565-5100 |
| 8 | | Attorneys for Defendants |
| 9 | Dated: February 11, 2008 | BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER, LLP |
| 10 | | |
| 11 | | By:   /s/ *Alan R. Plutzik* |
| | | Alan R. Plutzik (Bar No. 077785) |
| 12 | | Robert M. Bramson (Bar No. 102006) |
| | | L. Timothy Fisher (Bar No. 191626) |
| 13 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 14 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |
| 15 | | |
| | | SCHIFFRIN BARROWAY TOPAZ & |
| 16 | | KESSLER, LLP |
| | | Eric L. Zagar |
| 17 | | Robin Winchester |
| | | J. Daniel Albert |
| 18 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 19 | | Telephone: (610) 667-7706 |
| | | Facsimile: (610) 667-7056 |
| 20 | | |
| | | Attorneys for Plaintiff |
| 21 | | |

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory. Executed this 11th day of February, 2008, at Palo Alto, CA.

By:     /s/ *Gwen Parker*
           Gwen Parker

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | Dated: 2/11/08  *Ronald M. Whyte* |
| 5 | The Honorable Ronald M. Whyte<br>United States District Court Judge |

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW

- 4 -