BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
GWEN C. PARKER, State Bar No. 228780
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Email: pnielsen@wsgr.com
Email: gparker@wsgr.com
Email: flugo@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, and Lung C. Tsai
and Nominal Defendant Sigma Designs, Inc.

*E-FILED - 2/28/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, | CASE NO.: C 06-04460 RMW |
| This Document Relates To: | **STIPULATION AND [] ORDER CONTINUING HEARING DATE** |
| ALL ACTIONS. | Date: February 29, 2008 |
| | Time: 9:00 a.m. |
| | Before: Hon. Ronald M. Whyte |

1      WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative

2  Complaint on August 13, 2007;

3      WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified

4  Shareholder Derivative Complaint on September 19, 2007;

5      WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on

6  October 19, 2007;

7      WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on

8  November 5, 2007;

9      WHEREAS, per a Stipulation and Order Continuing Hearing Date dated February 11,

10  2008, a hearing on defendants' motions to dismiss currently is scheduled for February 29, 2008 at

11  9:00 a.m.;

12      WHEREAS, per the same Stipulation and Order, a Case Management Conference

13  ("CMC") currently is scheduled for February 29, 2008 at 10:30 a.m.;

14      WHEREAS, the parties have agreed to continue the hearing on defendants' motions to

15  dismiss and the CMC so that the parties may further discuss this matter; and

16      WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause

17  prejudice to any party.

18      NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,

19  through their respective counsel of record, as follows:

20      Subject to the approval of the Court, the hearing on defendants' motions to dismiss

21  scheduled for February 29, 2008 shall be continued until March 28, 2008, or such other date that

22  the Court deems appropriate; and

23      Subject to the approval of the Court, the CMC scheduled for February 29, 2008 shall be

24  continued until March 28, 2008, or such other date that the Court deems appropriate.

25

26

27

28

Dated: February 28, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Gwen Parker
Boris Feldman (Bar No. 128838)
Peri Nielsen (Bar No. 196781)
Gwen C. Parker (Bar No. 228780)
Freeda Y. Lugo (Bar No. 244913)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants

Dated: February 28, 2008

BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP


By:  /s/ Alan R. Plutzik
Alan R. Plutzik (Bar No. 077785)
Robert M. Bramson (Bar No. 102006)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
Eric L. Zagar
Robin Winchester
J. Daniel Albert
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiff


**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  Executed this 28th day of February, 2008, at Palo Alto, CA.


By:  /s/ Gwen Parker
Gwen Parker

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___2/28/08_____

*Ronald M. Whyte*
_____
The Honorable Ronald M. Whyte
United States District Court Judge