BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
GWEN C. PARKER, State Bar No. 228780
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  boris.feldman@wsgr.com
Email:  pnielsen@wsgr.com
Email:  gparker@wsgr.com
Email:  flugo@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, and Lung C. Tsai
and Nominal Defendant Sigma Designs, Inc.

*E-FILED - 4/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  C 06-04460 RMW **STIPULATION AND [] ORDER CONTINUING HEARING DATE** Date: March 28, 2008 Time: 9:00 a.m. Before: Hon. Ronald M. Whyte |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | | |

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW

- 1 -

1   WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative
2 Complaint on August 13, 2007;
3   WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified
4 Shareholder Derivative Complaint on September 19, 2007;
5   WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on
6 October 19, 2007;
7   WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on
8 November 5, 2007;
9   WHEREAS, per a Stipulation and Order Continuing Hearing Date dated February 28,
10 2008, a hearing on defendants' motions to dismiss currently is scheduled for March 28, 2008 at
11 9:00 a.m.;
12   WHEREAS, per the same Stipulation and Order, a Case Management Conference
13 ("CMC") currently is scheduled for March 28, 2008 at 10:30 a.m.;
14   WHEREAS, having reached an agreement in principle for the settlement of this action, the
15 parties have agreed to continue the hearing on defendants' motions to dismiss and the CMC to
16 allow time for the execution of definitive settlement documents and the submission of such
17 documents to the Court for approval; and
18   WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause
19 prejudice to any party.
20   NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants,
21 through their respective counsel of record, as follows:
22   Subject to the approval of the Court, the hearing on defendants' motions to dismiss
23 scheduled for March 28, 2008 shall be continued until April 25, 2008, or such other date that the
24 Court deems appropriate; and
25   Subject to the approval of the Court, the CMC scheduled for March 28, 2008 shall be
26 continued until April 25, 2008, or such other date that the Court deems appropriate.
27
28

STIPULATION AND [] ORDER   - 2 -
CONTINUING HEARING DATE
CASE NO.:  C-06-04460 RMW

| | |
|---|---|
| Dated: March 11, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>    Professional Corporation |
| | By:   /s/ *Gwen Parker*<br>Boris Feldman (Bar No. 128838)<br>Peri Nielsen (Bar No. 196781)<br>Gwen C. Parker (Bar No. 228780)<br>Freeda Y. Lugo (Bar No. 244913)<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |
| | Attorneys for Defendants |
| Dated: March 11, 2008 | BRAMSON, PLUTZIK, MAHLER &<br>    BIRKHAEUSER, LLP |
| | By:   /s/ *Alan R. Plutzik*<br>Alan R. Plutzik (Bar No. 077785)<br>Robert M. Bramson (Bar No. 102006)<br>L. Timothy Fisher (Bar No. 191626)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0200<br>Facsimile: (925) 945-8792 |
| | SCHIFFRIN BARROWAY TOPAZ &<br>    KESSLER, LLP<br>Eric L. Zagar<br>Robin Winchester<br>J. Daniel Albert<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |
| | Attorneys for Plaintiff |

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  Executed this 11th day of March, 2008, at Palo Alto, CA.

By:       /s/ *Gwen Parker*
          Gwen Parker

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: 4/10/08

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28