BORIS FELDMAN, State Bar No. 128838
PERI NIELSEN, State Bar No. 196781
GWEN C. PARKER, State Bar No. 228780
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: boris.feldman@wsgr.com
Email: pnielsen@wsgr.com
Email: gparker@wsgr.com
Email: flugo@wsgr.com

Attorneys for Defendants Thinh Q. Tran,
Silvio Perich, Q. Binh Trinh, Jacques Martinella,
Prem Talreja, William K. Wong,
Kit Tsui, Kenneth A. Lowe, Julien Nguyen,
William J. Almon, and Lung C. Tsai
and Nominal Defendant Sigma Designs, Inc.

*E-FILED - 5/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SIGMA DESIGNS, INC. DERIVATIVE LITIGATION, | CASE NO.: C 06-04460 RMW |
| This Document Relates To: | **STIPULATION AND [] ORDER CONTINUING HEARING DATE** |
| ALL ACTIONS. | Date: April 25, 2008<br>Time: 9:00 a.m.<br>Before: Hon. Ronald M. Whyte |

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW

- 1 -

1  WHEREAS, plaintiff filed a First Amended Consolidated Verified Shareholder Derivative Complaint on August 13, 2007;

WHEREAS, defendants filed motions to dismiss the First Amended Consolidated Verified Shareholder Derivative Complaint on September 19, 2007;

WHEREAS, plaintiff filed memoranda in opposition to defendants' motions to dismiss on October 19, 2007;

WHEREAS, defendants filed reply memoranda in support of their motions to dismiss on November 5, 2007;

WHEREAS, per a Stipulation and Order Continuing Hearing Date dated April 10, 2008, a hearing on defendants' motions to dismiss currently is scheduled for April 25, 2008 at 9:00 a.m.;

WHEREAS, per the same Stipulation and Order, a Case Management Conference ("CMC") currently is scheduled for April 25, 2008 at 10:30 a.m.;

WHEREAS, having reached an agreement in principle for the settlement of this action, the parties have agreed to continue the hearing on defendants' motions to dismiss and the CMC to allow additional time for the execution of definitive settlement documents and the submission of such documents to the Court for approval; and

WHEREAS, the agreed-upon extension is not for the purpose of delay and will not cause prejudice to any party.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by plaintiff and defendants, through their respective counsel of record, as follows:

Subject to the approval of the Court, the hearing on defendants' motions to dismiss scheduled for April 25, 2008 shall be continued until June 6, 2008, or such other date that the Court deems appropriate; and

Subject to the approval of the Court, the CMC scheduled for April 25, 2008 shall be continued until June 6, 2008, or such other date that the Court deems appropriate.

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW

- 2 -

| | | |
|---|---|---|
| 1 | Dated: April 21, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By:  /s/ *Gwen Parker* |
| | | Boris Feldman (Bar No. 128838) |
| 4 | | Peri Nielsen (Bar No. 196781) |
| | | Gwen C. Parker (Bar No. 228780) |
| 5 | | Freeda Y. Lugo (Bar No. 244913) |
| | | 650 Page Mill Road |
| 6 | | Palo Alto, CA 94304-1050 |
| | | Telephone: (650) 493-9300 |
| 7 | | Facsimile: (650) 565-5100 |
| 8 | | Attorneys for Defendants |
| 9 | Dated: April 21, 2008 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 10 | | |
| 11 | | By:  /s/ *Alan R. Plutzik* |
| | | Alan R. Plutzik (Bar No. 077785) |
| 12 | | Robert M. Bramson (Bar No. 102006) |
| | | L. Timothy Fisher (Bar No. 191626) |
| 13 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 14 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |
| 15 | | |
| | | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 16 | | Eric L. Zagar |
| 17 | | Robin Winchester Lauer |
| | | J. Daniel Albert |
| 18 | | 280 King of Prussia Road |
| | | Radnor, PA  19087 |
| 19 | | Telephone: (610) 667-7706 |
| | | Facsimile: (610) 667-7056 |
| 20 | | |
| | | Attorneys for Plaintiff |
| 21 | | |

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

In compliance with General Order 45.X.B, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.  Executed this 21st day of April, 2008, at Palo Alto, CA.

By:  /s/ *Gwen Parker*
Gwen Parker

STIPULATION AND [] ORDER
CONTINUING HEARING DATE
CASE NO.: C-06-04460 RMW
- 3 -

1 **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: _____5/14/08_____     *Ronald M. Whyte*
                               _____
5                              The Honorable Ronald M. Whyte
                               United States District Court Judge