**E-FILED on** 09/15/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re SIGMA DESIGNS, INC. DERIVATIVE LITIGATION | No. C-06-04460 RMW |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | ORDER APPROVING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

The parties' motion for final approval of the settlement including attorneys' fees in the above-titled action came on for hearing on August 8, 2008. The court requested additional information and the parties have responded.

The court hereby approves the award of fees and costs in the total amount of $2,250,000 as agreed to by the parties. The court still has some lingering doubts about the appropriateness of the fees requested even after reviewing the supplemental information provided but nevertheless will approve them.[1] The reasons for approval include: (1) the settlement is fair to the derivative plaintiffs

---

[1] The lodestar amount of fees is only supported by conclusory information rather than an itemization of time and services rendered. Even assuming the calculation is accurate, the fees for plaintiffs' counsel represents a fee which includes a substantial multiplier of the lodestar amount. The court is also concerned that defense counsel faced, at least to some extent, what appeared to be a

ORDER APPROVING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS
ORDER REQUESTING FURTHER INFORMATION REGARDING SETTLEMENT—06-04460 RMW
MAG

in enforcing the interests of the company and the amount of the fee award does not affect the recovery by the plaintiffs; (2) the fee award was separately negotiated and any reduction would only benefit the defendants who agreed to pay the fees requested; (3) the defendants agreed to the fees and maintain that they are reasonable; (4) no objection was filed with respect to the fees requested; (5) based upon the information provided, plaintiffs' counsel were instrumental in initiating the investigation of Sigma's back-dated options and pursued that investigation, negotiated with the defendants and litigated for a two year period before the matter was settled; and (6) the parties are represented by experienced, extremely competent securities lawyers.

DATED:     9/15/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

---

potential conflict of interest in that it was corporate counsel during the time that some of the alleged back-dating occurred.  Since an Audit Committee, together with an independent law firm, looked into the back-dating circumstances and found no evidence suggesting defense counsel was involved in it, the court does not see a basis for suspecting that defense counsel negotiated a settlement that was in its best interests at the expense of the interests of the class as derivative plaintiffs.

ORDER APPROVING ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS
ORDER REQUESTING FURTHER INFORMATION REGARDING SETTLEMENT—06-04460 RMW
MAG                                                            2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Travis E. Downs , III | travisd@csgrr.com |
| Lawrence Timothy Fisher | ltfisher@bramsonplutzik.com |
| James Arthur Maro | jmaro@sbtklaw.com |
| Alan Roth Plutzik | aplutzik@bramsonplutzik.com |
| Kathryn Anne Schofield | kschofield@bramsonplutzik.com |
| Shawn A. Williams | shawnw@csgrr.com,travisd@csgrr.com |
| Eric L. Zagar | ezagar@sbtklaw.com |
| Darren Jay Robbins | kpopovich@sbtklaw.com |

**Counsel for Defendants:**

| | |
|---|---|
| Boris Feldman | boris.feldman@wsgr.com |
| Gwen Catherine Parker | gparker@wsgr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**  09/15/08                                /s/ JAS
                                                            **Chambers of Judge Whyte**

**United States District Court**
**For the Northern District of California**